1  DAVID A. GABIANELLI, State Bar No. 158170
   *david.gabianelli@clydeco.us*
2  ERIC A. MOON, State Bar No. 209260
   *eric.moon@clydeco.us*
3  CAROLYNE A. SANIN State Bar No. 289206
   *carolyne.sanin@clydeco.us*
4  CLYDE & CO US LLP
   101 Second Street, 24th Floor
5  San Francisco, California 94105
   Telephone: (415) 365-9800
6  Facsimile:  (415) 365-9801

7  Attorneys for Defendant
   NAVIGATORS SPECIALTY INSURANCE COMPANY
8

9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual, | Case No. 3:14-cv-02848-WHA |
|----|---|---|
| 14 | | |
| 15 | | **NAVIGATORS SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |
| 16 | Plaintiff, | |
| 17 | v. | **[FED. R. CIV. P. 7.1]** |
| 18 | NAVIGATORS SPECIALTY INSURANCE COMPANY; a New York corporation; THE NAVIGATORS GROUP, INC., a New York corporation; and DOES 1 through 50, inclusive, | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

22

23

24

25

26

27

28

NAVIGATORS SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Navigators Specialty Insurance Company states that it is wholly owned by The Navigators Group, Inc.

Dated: June 30, 2014                         CLYDE & CO US LLP

                                             By:  */s/ David A. Gabianelli*
                                                  David A. Gabianelli
                                                  Eric A. Moon
                                                  Carolyne A. Sanin
                                                  Attorneys for Defendant
                                                  NAVIGATORS SPECIALTY INSURANCE COMPANY

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

**CERTIFICATE OF SERVICE**
*Doublevision v. Navigators, et al.*
**USDC – Northern District of California Case No. 3:14-cv-02848-WHA**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105. On June 30, 2014, I served true copies of the following document(s) described as **NAVIGATORS SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Ryan M. Lapine, Esq. | Attorneys for Plaintiff |
| Luke D. Lieberman, Esq. | DOUBLEVISION ENTERTAINMENT, LLC |
| ROSENFELD, MEYER & SUSMAN LLP | Tel:   310.858.7700 |
| 232 North Canon Drive | Fax:   310.860.2430 |
| Beverly Hills, CA 90210-5302 | |
| | |
| Randy M. Hess, Esq. | Attorneys for Plaintiff |
| Pamela A. Bower, Esq. | DOUBLEVISION ENTERTAINMENT, LLC |
| ADLESON, HESS & KELLY PC | Tel:   408.341.0234 |
| 577 Salmar Avenue, Second Floor | Fax:   408.341.0250 |
| Campbell, CA 95008 | |

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Clyde & Co US LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **BY CM/ECF:** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2014, at San Francisco, California.

*/s/ Patrick Postolka*
Patrick Postolka

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

NAVIGATORS SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT