IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of COMMERCIAL ESCROW SERVICES, INC., a California corporation, and ANNETTE HARDSTONE, an individual,

Plaintiffs,

v.

NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, THE NAVIGATORS GROUP, INC., a New York corporation, and DOES 1 through 50, inclusive,

Defendants.
                                                                  /

No. C 14-02848 WHA

**ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTE AND ADVANCING CASE MANAGEMENT CONFERENCE**

Per plaintiffs' August 15, 2014, letter, the Court **SETS** a three-hour meet-and confer in the Court's jury room located on the nineteenth floor of the San Francisco courthouse starting from **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON FRIDAY, AUGUST 22**. At **11:00 A.M.**, the Court shall hear any remaining issue(s) in Courtroom No. 8, as well as holding a case management conference. Defendants' response and a joint case management statement are due by noon on Thursday, August 21. Please buzz chambers at 8:00 a.m. on August 22 to be let into the Court's jury room.

Please note that only those lawyers who personally meet-and-confer in the Court's jury room may be heard at the hearing. The case management conference previously set for September 11, 2014, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 18, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE