IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC,

    Plaintiff,

  v.

NAVIGATORS SPECIALTY INSURANCE COMPANY and THE NAVIGATORS GROUP, INC.

    Defendants.

No. C 14-02848 WHA

**ORDER APPROVING STIPULATION TO DISMISS DEFENDANT THE NAVIGATORS GROUP, INC.**

    Plaintiff Doublevision Entertainment, LLC and defendant The Navigators Group, Inc. have filed a stipulation to dismiss without prejudice The Navigators Group, Inc., while also seeking an order to that extent (Dkt. No. 27).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), no such order is needed.  Nonetheless, the stipulation to dismiss without prejudice The Navigators Group, Inc. is hereby **APPROVED**.

    **IT IS SO ORDERED.**

Dated: October 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE