**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC,
a Tennessee limited liability company, as
assignee of Commercial Escrow Services,
Inc., a California corporation, and Antoinette
Hardstone, an individual

        Plaintiff,

  v.

NAVIGATORS SPECIALTY INSURANCE
COMPANY and THE NAVIGATORS
GROUPS, New York Corporations,

        Defendants.
                                      /

No. C 14-02848 WHA

**SCHEDULING ORDER
RE MOTION FOR
PROTECTIVE ORDER**

      Inasmuch as the discovery dispute involves a question of privilege, all parties opposing disclosure and/or invoking Sections 1119 and 1122 shall bring a motion for protective order laying out the specifics. That motion shall be filed by December 4, the opposition shall be filed by December 18, the reply due by January 2, and the hearing to be set for **JANUARY 15, AT 8:00 A.M.**

      It is unfortunate that the Court cannot resolve the matter prior to that date but it does involve a question of privilege and it should be resolved on a full, sworn record. While the letter requests that the Court expedite resolution so that six depositions can go forward starting on

December 11, this is far too soon given the issues involved. Counsel should not have waited so long to notify the Court of this problem.

**IT IS SO ORDERED.**

Dated: November 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE