IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual

    Plaintiff,

v.

NAVIGATORS SPECIALTY INSURANCE COMPANY and THE NAVIGATORS GROUPS, New York Corporations,

    Defendants.

No. C 14-02848 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

Per plaintiff's letter of February 3, 2015, the Court **SETS** a three-hour meet-and-confer in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse beginning at **7:30 A.M. AND CONTINUING TO 10:30 P.M. ON WEDNESDAY, FEBRUARY 11, 2015**. At **10:30 A.M.**, the Court shall hold a hearing to resolve any outstanding issue(s). Defendants' response is due by noon on February 9. Please buzz chambers at 7:30 a.m. on February 11 to be let into the jury room.

Please note that only those lawyers who personally participate at the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: February 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE