IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>    Defendant.<br>_____ / | No. C 14-02848 WHA<br><br>**ORDER RE DISCOVERY DISPUTE** |

The parties held a discovery dispute hearing on February 11, 2015. As stated at the hearing, defendant shall respond to plaintiff's discovery requests, in verified form and in compliance with the discovery order (Dkt. No. 12), by **FEBRUARY 20, 2015.** If defendant is not in full compliance by that date, the undersigned judge will consider extending plaintiff's discovery deadlines and shortening defendant's discovery deadlines.

**IT IS SO ORDERED.**

Dated: February 11, 2015.

                                        WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE