UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

JUDGE WILLIAM ALSUP

Date:  February 11, 2015                             Total Hearing Time: 4 minutes

Case No.  C14-01532 WHA

Title: DOUBLEVISION ENTERTAINMENT v. NAVIGATORS SPECIALTY INSURANCE

Plaintiff Attorney(s): Ryan Lapine

Defense Attorney(s): Kevin Moon

Deputy Clerk:  Dawn Toland                           Court Reporter: James Pence

**PROCEEDINGS**

1)  Discovery Hearing - HELD

2)  _____


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Parties met and conferred in the jury room from 7:30 am to 10:25 am.  Court ruled on the unresolved discovery dispute.  Parties shall be in full compliance by the end of next week.  Discovery cutoff is not extended.