IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY and THE NAVIGATORS GROUPS, New York Corporations,<br><br>Defendants. | No. C 14-02848 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

Plaintiffs complain of more discovery issues in their February 11, 2015, letter. The Court therefore **SETS** a three-hour meet-and-confer in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse beginning at **7:30 A.M. AND CONTINUING TO 10:30 A.M. ON TUESDAY, FEBRUARY 24, 2015**. At **10:30 A.M.**, the Court shall hold a hearing to resolve any outstanding issue(s). Defendants' response is due by noon on February 18. Please buzz chambers at 7:30 a.m. on February 24 to be let into the jury room.

*Please note that lead counsel are expected to personally attend the meet-and-confer in the Court's jury room.*

**IT IS SO ORDERED.**

Dated: February 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE