IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>      Plaintiff,<br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>      Defendant.<br>                                       / | No. C 14-02848 WHA<br><br>**ORDER RE DISCOVERY DISPUTES** |

Plaintiff Doublevision Entertainment LLC has filed a notice stating that "the discovery dispute on calendar for tomorrow has been resolved in full" and that the "parties do not require the Court's assistance to address any outstanding discovery issues" (Dkt. No. 55). The discovery hearing set for tomorrow and all pending discovery letters are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: February 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE