IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>    Defendant. | No. C 14-02848 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE** |

The Court **SETS** a six-hour meet-and-confer in the Court's jury room **STARTING FROM 7:30 A.M. AND CONTINUING TO 2:00 P.M. (WITH THIRTY MINUTES OFF AT NOON FOR LUNCH) ON MONDAY, MARCH 16, 2015**, to deal with the parties' sixth discovery dispute in this action. At **2:00 P.M.**, the Court shall hold a hearing to resolve any remaining discovery issue(s). Defendant's response is due by 5:00 p.m. on March 13.

Please note only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: March 12, 2015.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE