**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>    Defendant.<br>_____ / | No. C 14-02848 WHA<br><br>**REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY DISPUTES** |

This is a **REFERRAL TO A MAGISTRATE JUDGE** to be selected for two distinct discovery purposes:

    (1)    All pending and future discovery disputes are hereby referred to a magistrate judge. The district judge has tried to resolve the parties' prior disputes, but the parties have now had too many. All further hearings and briefing on these discovery disputes shall be conducted according to the magistrate judge's preferences.

    (2)    The same magistrate judge shall hold an evidentiary hearing to find out who is telling the truth regarding what happened at eight A.M. on March 16, 2015, when

counsel were to meet and confer in the Court's jury room. Plaintiff's counsel, Attorney Ryan Lapine, told the undersigned judge's law clerk that defense counsel, Attorney David Gabianelli, was "threatening him and yelling at him" in the jury room and that the two could not be in the same room. This led to a hearing on the record before the undersigned judge at eight-thirty A.M., in which both sides accused the other of lying and being unprofessional. One of the parties is not telling the truth. The magistrate judge will get to the bottom of this dispute and make findings of fact as to what occurred in the jury room. (A transcript is available for the brief hearing that took place before the undersigned judge.) The magistrate judge should also recommend whether one or both of the counsel, as appropriate, should be referred to the Northern District of California's Standing Committee on Professional Conduct for disciplinary or remedial action.

**IT IS SO ORDERED.**

Dated: March 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE