UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOUBLEVISION ENTERTAINMENT, LLC, | Case No. 14-cv-02848-WHA (JCS) |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING EVIDENTIARY HEARING** |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

This matter has been referred to the undersigned to hold an evidentiary hearing and make findings of fact and recommendations in connection with events that occurred during a meet-and-confer on March 16, 2015. In particular, the referral cites the allegation by Plaintiff's counsel Ryan Lapine that defense counsel David Gabianelli made threats and yelled at him in the jury room, as well as accusations made by both sides in the hearing that followed of lying and unprofessional conduct. The evidentiary hearing will focus on what occurred in the jury room, and will determine whether to recommend that one or both counsel be referred to the Northern District of California's Standing Committee on Professional Conduct for disciplinary or remedial action.

The evidentiary hearing shall be held on **Thursday, April 23, 2015 at 1:30 pm** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. Each side shall file the following materials by **April 3, 2015**: 1) proposed findings of fact and conclusions of law; 2) a brief, not to exceed fifteen (15) pages, addressing what occurred on March 16, 2015 and whether any counsel should be referred to the Northern District of California's Standing Committee on Professional Conduct; 3) a list of proposed witness who will testify at the evidentiary hearing, including a brief statement of the expected testimony of each witness and the expected duration of

1  the direct examination; and 4) a list of proposed exhibits, if any, the party seeks to introduce into
2  evidence at the evidentiary hearing.  The Court will not hold a pre-hearing conference unless one
3  appears to be warranted based on the submissions of the parties.
4  **IT IS SO ORDERED.**

6  Dated: March 17, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge