IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>    Plaintiff,<br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>    Defendant.<br>                                                          / | No. C 14-02848 WHA<br><br>**ORDER RE PARTIES' MOTION FOR A THIRTY-DAY EXTENSION TO CONDUCT FACT DISCOVERY** |

The parties have submitted a stipulation to extend the fact discovery deadline by thirty days, in order to conduct four depositions to which the parties have objections. The parties have not shown any good cause to warrant such an extension, did not file any declarations, and have not provided any reason why these depositions could not have been conducted earlier in the fact discovery period. The motion to extend the fact discovery deadline is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 27, 2015.

             _____
             WILLIAM ALSUP
             UNITED STATES DISTRICT JUDGE