UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>       Defendant. | Case No. 14-cv-02848-WHA   (JCS)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 69 |

The parties filed a Joint Letter on March 25, 2015 regarding their discovery dispute, and the Court held a hearing on the matter on April 2, 2015. For the reasons stated at the hearing, below are the Court's rulings on the four issues presented in the Joint Letter:

1. Plaintiff's first request (to require a search of Mr. Marcus's and Mr. Miller's work emails) is DENIED provided that Defendant produce by Monday, April 2, 2015 the remaining non-privileged documents subject to the subpoenas to Mr. Marcus and Mr. Miller.

2. Plaintiff's second request (to conduct two additional hours of deposition on Mr. Marcus) is DENIED.

3. Plaintiff's third request (to require a supplemental response to Special Interrogatory No. 14) is DENIED given that the parties have reached an agreement on the issue.

4. Plaintiff's fourth request (to require Mr. Marcus to answer a question that he previously refused to answer upon counsel's instruction) is DENIED based on Judge Alsup's previous orders.

**IT IS SO ORDERED.**

Dated: April 2, 2015

JOSEPH C. SPERO
Chief Magistrate Judge