UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

| Case No.: 14-cv-02848-WHA (JCS) | Case Name: Doublevision Entertainment, LLC v. Navigators Specialty Insurance Company | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: April 2, 2015 | Time: 30 M |

**Attorney for Plaintiff:** Ryan Lapine
**Attorney for Defendant:** David Anthony Gabianelli, Andrew Miller

**Deputy Clerk:** Karen Hom         **Court Reporter:** FTR 2:02-2:31

**PROCEEDINGS**

1. Discovery Hearing re: Joint Letter [dkt nos. 57, 59 & 69] - Held

**ORDERED AFTER HEARING**

Defendant shall produce documents that are the subject of the subpoena from Samuel Marcus by Monday 4/6/15.
Documents subject to the subpoena from Neil Miller have been produced or responded too.
Interrogatory 14 - Denied.  Defendant has provided supplemental response.
Plaintiff's request to re-depose Samuel Marcus - Denied.
Deposition protocol - Counsel may only object, cite Rule of Evidence, colloquial, or if privileged, an instruction not to answer. If there is harassment of a witness, counsel can stop the deposition and contact Judge Spero.
Motion to Authorize Any Additional Answers to the Question "What Did you Authorize for Settlement Authority at the 12/5 Mediation ?"- Denied based on Judge Alsup's previous orders.
Deposition of 3rd-party witness Greg Olson - Parties continue to meet-and-confer.

**NOTES:**  Counsel adjourned to the jury room to meet and confer to resolve the remaining outstanding discovery issues.  (Not Reported) (2:31 to 3:00 PM)

**CASE CONTINUED TO:**   04/23/15 (prev. set) at 1:30 PM for an Evidentiary Hearing.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**

**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing:**          at **9:30 AM**
**Pretrial Conference:**      at **2:00 PM**
**Trial:**          at **8:30 AM for**          **days**     [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[ ]  Plaintiff        [ ]  Defendant        [X]  Court
**cc:**
*(T) = Telephonic Appearance