IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, an assignee of Commercial Escrow Service, Inc., a California corporation, and ANTOINETTE HARDSTONE, an individual,

    Plaintiffs,

  v.

NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation,

    Defendant.

No. C 14-02848 WHA

**ORDER TO COMPLY WITH PRIOR ORDER**

On March 18, the parties were **ORDERED TO SHOW CAUSE** why this case should not be remanded to Contra Costa Superior Court (Dkt. No. 65). The undersigned judge has taken the parties' responses under submission.

In its response, and in violation of the order to show cause, plaintiff Doublevision Entertainment, LLC identified only two of the three members of Envision Advisory Group, LLC. Evidence of a third member is based on Envision's February 2010 filing to increase its member count from two to three. The Court suspects and inquires whether this third member is or was Indie Film Exchange, a citizen of New York. If so, there is not complete diversity and this case must be remanded for lack of subject-matter jurisdiction.

By **NOON** on **WEDNESDAY, APRIL 8, 2015**, Doublevision is **ORDERED** to identify the third member of Envision Advisory Group, LLC, and its citizenship at all relevant times.

1   The response shall include, but is not limited to, the certificate of amendment changing the
2   member count from two to three and the operating agreement or articles of organization for
3   Envision Advisory Group, LLC.
4        Defendant Navigators Specialty Insurance Company is likewise ordered to supply the
5   Court with any information is has on the above question.  Written responses shall not exceed
6   **FIVE PAGES**.

8        **IT IS SO ORDERED.**

10  Dated:  April 6, 2015.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE