UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 14-cv-02848-WHA (JCS)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 94, 96 |

On April 7, 2015, the parties filed two Joint Letters. Dkt. Nos. 94, 96. The Court held a hearing on the matters on April 10, 2015. For the reasons discussed at the hearing, the Court orders the following:

1. Plaintiff's request for additional depositions is DENIED.
2. Defendant shall produce a list of (a) error and omissions claims against escrow agents from 2005 to 2010 for bad-faith handling of escrow accounts handled by Mr. Marcus; (b) the date of each claim; and (c) the state in which each claim was filed.
3. Defendant shall produce all complaints filed in court in the last five years alleging errors and omissions claims for bad-faith failure to settle.

**IT IS SO ORDERED.**

Dated: April 10, 2015

JOSEPH C. SPERO
Chief Magistrate Judge