1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOUBLEVISION ENTERTAINMENT, LLC,        Case No. 3:14-cv-02848-WHA
   | a Tennessee limited liability company, as
12 | assignee of Commercial Escrow Services, Inc.,
   | a California corporation, and Antoinette    **STIPULATION AND [PROPOSED]**
13 | Hardstone, an individual,                   **ORDER RE SCOPE OF EXPERTS'**
   |                                             **PERMISSIBLE REBUTTAL TESTIMONY**
14 |              Plaintiff,

15        v.

16 | NAVIGATORS SPECIALTY INSURANCE
   | COMPANY; a New York corporation; THE
17 | NAVIGATORS GROUP, INC., a New York
   | corporation; and DOES 1 through 50,
18 | inclusive,

19              Defendants.

20

21

22

23

24

25

26

27

28

1    With respect to the parties' proffered experts, the parties, by and through their respective

2 counsel, hereby stipulate as follows:

3    WHEREAS, the parties simultaneously designated their respective experts on March 31, 2015

4 and exchanged Rule 26 expert reports on that date, rather than engaging in the sequential exchange

5 contemplated by Paragraph 5 the Case Management Order ("CMO") entered by the Court in this

6 matter [Dkt. No. 22];

7    WHEREAS, two of the plaintiff's designated experts (Messrs. Stephen Prater and Mark

8 Fredkin), and the defendant's expert (Steven Crane), offer opposing opinions on largely overlapping

9 issues;

10    WHEREAS, Paragraph 7 of the CMO allows the parties, by stipulation, to relax the

11 requirements of the CMO regarding the scope of permissible opinion testimony offered by the parties'

12 retained experts,

13    NOW, THEREFORE, the parties stipulate that Messrs. Prater and Fredkin will be permitted to

14 rebut the opinions offered by Mr. Crane, and Mr. Crane will be permitted to rebut the opinions offered

15 by Messrs. Prater and Fredkin, without need of written rebuttal reports, and the parties further agree

16 that neither party will submit written rebuttal reports.

17    **IT IS SO STIPULATED.**

18

19 Dated:  April 14, 2015                    ROSENFELD, MEYER & SUSMAN LLP

20

21                                          By:  */s/ Ryan M. Lapine*

22                                               Ryan M. Lapine
                                                 Attorneys for Plaintiff
23                                               DOUBLEVISION ENTERTAINMENT, LLC

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION AND [PROPOSED] ORDER RE SCOPE OF EXPERTS'
PERMISSIBLE REBUTTAL TESTIMONY

1    Dated:  April 14, 2015                      CLYDE & CO US LLP

2

3
                                           By:   */s/ W. Andrew Miller*
4                                                David A. Gabianelli
                                                 W. Andrew Miller
5                                                Attorneys for Defendant
                                                 NAVIGATORS SPECIALTY INSURANCE
6                                                COMPANY

7

8

9    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

10

11   DATED:   April 21,2015.                     _____
                                                 United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCOPE OF EXPERTS'
PERMISSIBLE REBUTTAL TESTIMONY