1  W. ANDREW MILLER, State Bar No. 104712
   *andy.miller@clydeco.us*
2  DAVID A. GABIANELLI, State Bar No. 158170
   *david.gabianelli@clydeco.us*
3  CLYDE & CO US LLP
   101 Second Street, 24th Floor
4  San Francisco, California 94105
   Telephone: (415) 365-9800
5  Facsimile:  (415) 365-9801

6  Attorneys for Defendant
   NAVIGATORS SPECIALTY INSURANCE COMPANY

7

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>             Plaintiffs,<br><br>       v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY; a New York corporation; THE NAVIGATORS GROUP, INC., a New York corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 3:14-cv-02848-WHA<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(c), we hereby ask the Clerk to withdraw the appearances of **Eric A. Moon** and **Carolyne A. Sanin** as counsel for Defendant Navigators Specialty Insurance Company. From the date of this request, the lead attorney for Defendant Navigators Specialty Insurance Company will be W. Andrew Miller (andy.miller@clydeco.us) at Clyde & Co US LLP (101 Second Street, 24th Floor, San Francisco, California 94105, telephone: (415) 365-9800).

Dated: May 7, 2015         CLYDE & CO US LLP

By:   */s/ W. Andrew Miller*
      W. Andrew Miller
      David A. Gabianelli
      Attorneys for Defendant
      NAVIGATORS SPECIALTY INSURANCE COMPANY