IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation THE NAVIGATORS GROUP, INC., a New York corporation, and DOES 1 through 50, inclusive,<br><br>      Defendants.<br>                                                  / | No. C 14-02848 WHA<br><br>**ORDER RE TESTIMONY OF WITNESS GLEN OLSON** |

With regards to the letter dated July 2 concerning witness Glen Olson, received by the Court on July 6, the Court will allow Olson to testify on Friday, July 17 and require him to keep the following week available to continue his testimony so that he may participate in the family vacation from July 8–16. Counsel for both sides should not have waited until July 1 to serve Olson with trial subpoenas, having known about the trial date since June 18.

**IT IS SO ORDERED.**

Dated: July 7, 2015.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE