IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,

    Plaintiff,

  v.

NAVIGATORS SPECIALTY INSURANCE CO., a New York corporation, THE NAVIGATORS GROUP, INC., a New York corporation, and DOES 1 through 50, inclusive,

    Defendants.

No. C 14-02848 WHA

**ORDER RE DOUBLEVISION'S WITHDRAWAL OF JURY DEMAND**

The Court has reviewed Doublevision's notice of withdrawal of its jury demand. The Court orders Navigators to state whether or not it consents to the withdrawal of the jury demand by **FRIDAY, JULY 10 AT 10:00 A.M.** In any event, in light of Doublevision's withdrawal, if the case should settle on the courthouse steps or at a point where it is too late to call off the venire, Navigators will be taxed with the full cost of calling in the venire. Of course, if Navigators consents to the withdrawal, there will be no venire called in to decide the case.

**IT IS SO ORDERED.**

Dated: July 8, 2015.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE