1  RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
   *rlapine@rmslaw.com*
2  LUKE D. LIEBERMAN, ESQ. (Cal. Bar No. 284572)
   *llieberman@rmslaw.com*
3  JOSHUA H. HERR, ESQ. (Cal. Bar. No. 301775)
   *jherr@rmslaw.com*
4  ROSENFELD, MEYER & SUSMAN LLP
   232 North Canon Drive
5  Beverly Hills, California 90210-5302
   Telephone:  (310) 858-7700
6  Facsimile:   (310) 860-2430

7  RANDY M. HESS (SBN 88635)
   *rhess@ahk-law.com*
8  PAMELA A. BOWER (SBN 151701)
   *pbower@ahk-law.com*
9  NICOLE S. ADAMS-HESS (SBN 286632)
   *nhess@ahk-law.com*
10 ADLESON, HESS & KELLY
   A Professional Corporation
11 577 Salmar Avenue, Second Floor
   Campbell, California  95008
12 Telephone:  (408) 341-0234
   Facsimile:   (408) 341-0250
13
   Attorneys for Plaintiff
14 DOUBLEVISION ENTERTAINMENT, LLC

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 | DOUBLEVISION ENTERTAINMENT, LLC,            | Case No. 3:14-cv-02848-WHA (JCS)
   | a Tennessee limited liability company, as
18 | assignee of Commercial Escrow Services, Inc, | ~~MOTION AND [PROPOSED]~~ ORDER
   | a California corporation, and Antoinette     | AUTHORIZING ENTRY AND USE OF
19 | Hardstone, an individual,                    | EQUIPMENT FOR TRIAL

20              Plaintiff,                        | Judge:      Honorable William Alsup
                                                  | Dept.:      Courtroom 8, 19th Floor
21         v.                                     | Trial Date: July 13, 2015

22 NAVIGATORS SPECIALTY INSURANCE
   COMPANY; a New York corporation; THE
23 NAVIGATORS GROUP, INC., a New York
   corporation; and DOES 1 through 50,
24 inclusive,

25              Defendants.

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

499187.01

1
~~DOUBLEVISION'S PROPOSED~~ ORDER AUTHORIZING USE OF
EQUIPMENT FOR TRIAL - CASE NO. 3:14-cv-02848-WHA (JCS)

**TO THE COURT AND DEFENDANT AND ITS ATTORNEYS OF RECORD:**

The trial in the above-captioned matter is scheduled to commence on July 13, 2015 before the Honorable William Alsup.  Pursuant to the United States District Court for the Northern District of California's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup, the United States Marshal requires a court order to allow equipment into the courthouse.

Plaintiff Doublevision Entertainment, LLC requests that this Court issue an order permitting counsel to bring into the courthouse the equipment identified below and use that equipment in the courtroom from commencement to conclusion of the trial.

1. 2 Apple Laptops
2. 1 PC Laptop
3. 1 Apple iPad
4. 1 HP Office Jet 100 Mobile Printer
5. 1 Laser Pointer
6. All necessary power charging cords and cable connectors

DATED:	July 8, 2015	RYAN M. LAPINE, ESQ.
	LUKE D. LIEBERMAN, ESQ.
	JOSHUA H. HERR, ESQ.
	ROSENFELD, MEYER & SUSMAN LLP


By: ___/s/ Ryan M. Lapine_____
	Ryan M. Lapine
	Attorneys for Plaintiff DOUBLEVISION
	ENTERTAINMENT, LLC


LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

499187.01

2
~~DOUBLEVISION'S PROPOSED~~ ORDER AUTHORIZING USE OF
EQUIPMENT FOR TRIAL - CASE NO. 3:14-cv-02848-WHA (JCS)

# [~~PROPOSED~~] ORDER

The Court, having considered Plaintiff Doublevision Entertainment, LLC's request authorizing entry and use of equipment for trial orders as follows:

**IT IS HEREBY ORDERED** that counsel for Plaintiff Doublevision Entertainment, LLC is authorized to bring and use the above identified equipment at the trial in the above-captioned matter commencing on July 13, 2015 and continuing until trial is concluded.

**IT IS SO ORDERED**

Dated: July, _8_, 2015

_____
Honorable William ~~H.~~ Alsup
United States District Court Judge

