W. ANDREW MILLER, State Bar No. 104712
andy.miller@clydeco.us
KATHRYN C. ASHTON, State Bar No. 193576
kathryn.ashton@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

GREGORY C. READ, State Bar No. 49713
gregory.read@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY; a New York corporation; THE NAVIGATORS GROUP, INC., a New York corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02848-WHA<br><br>~~NAVIGATOR SPECIALTY INSURANCE COMPANY'S MOTION AND~~ [~~PROPOSED~~] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL<br><br>Judge:  Honorable William Alsup<br>Dept.:  Courtroom 8, 19th Floor<br>Trial Date:  July 13, 2015 |

**TO THE COURT AND PLAINTIFF AND ITS ATTORNEY OF RECORD:**

The trial in the above-captioned matter is scheduled to commence on July 13, 2015 before the Honorable William Alsup. Pursuant to the United States District Court for the Northern District of California's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases before the Honorable William Alsup, the United States Marshal requires a court order to allow equipment into the courthouse.

Defendant Navigators Specialty Insurance Company requests that this Court issue an order permitting counsel to bring into the courthouse the equipment identified below and use that equipment in the courtroom from commencement to conclusion of the trial.

1.  5 PC Laptops
2.  1 Tech table
3.  1 Video Monitor
4.  1 Video switcher
5.  2 Laser Pointers
6.  1 Video projector
7.  1 Projector table
8.  1 Projection screen
9.  1 Anchor audio speaker
10. 2 Hand Carts
11. All necessary power charging cords and cable connectors

Respectfully submitted,

Dated: July 9, 2015  CLYDE & CO US LLP

By:     /s/ W. Andrew Miller
        W. Andrew Miller
        Kathryn C. Ashton
        Gregory C. Read
        Attorneys for Defendant
        NAVIGATORS SPECIALTY INSURANCE COMPANY

# [PROPOSED] ORDER

The Court, having considered Defendants' request authorizing entry and use of equipment for trial orders as follows:

**IT IS HEREBY ORDERED** that counsel for Defendant Navigators Specialty Insurance Company is authorized to bring and use the above identified equipment at the trial in the above-captioned matter commencing on July 13, 2015 and continuing until trial is concluded.

**IT IS SO ORDERED**

Dated: July 9, 2015



_____
Honorable William H. Alsup

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1667717                                     2                          Case No. 3:14-cv-02848-WHA
NAVIGATORS' PROPOSED ORDER AUTHORIZING USE OF EQUIPMENT AT TRIAL