IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAVIGATORS SPECIALTY INSURANCE CO., a New York corporation, THE NAVIGATORS GROUP, INC., a New York corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 14-02848 WHA<br><br>**ORDER RE<br>MOTIONS TO QUASH** |

　　　Defendant has moved to quash the trial subpoenas of Eric Moon and David Gabianelli. If these witnesses were disclosed as trial witnesses by either side, then the witnesses must be available to testify on Tuesday, subject only to a hearing on the motion to quash, to be heard Monday. If these witnesses were not so disclosed, then Doublevision will have to have a very good reason for disclosing them at this late date.

　　　**IT IS SO ORDERED.**

Dated: July 9, 2015.

　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE