United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC,

               Plaintiff,

   v.

NAVIGATORS SPECIALTY INSURANCE COMPANY, et al.,

               Defendants.

Case No.  14-cv-02848-WHA

**ORDER FOR JURY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight members of the jury in the above-entitled matter beginning **July 14, 2015 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 8, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: July 10, 2015

_____

WILLIAM ALSUP
United States District Judge