IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,

    Plaintiff,

  v.

NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,

    Defendant.

No. C 14-02848 WHA

**JUDGMENT**

Pursuant to the jury's special verdict and the stipulation regarding damages, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Doublevision Entertainment, LLC, and against Navigators Specialty Insurance Company in the amount of $2,280,000. The Court retains jurisdiction as to Doublevision's obligation to remove liens on the property of Antoinette Hardstone. Pursuant to Rule 50(b), both sides may file renewed motions for judgment as a matter of law by **AUGUST 20**.

**IT IS SO ORDERED.**

Dated: July 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE