IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>      Defendant.<br>_____/ | No. C 14-02848 WHA<br><br>**ORDER RE MAGISTRATE'S REPORT AND RECOMMENDATION** |

The Court is in receipt of the report and recommendation by Judge Joseph C. Spero (Dkt. No. 258). The parties have both waived the 14-day objection period. This order **ACCEPTS** and **ADOPTS** the findings therein. The referral to Judge Spero for proceedings relating to the incident that occurred on March 16, 2015 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE