IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual<br><br>    Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation, THE NAVIGATORS GROUP, INC., a New York corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____ / | No. C 14-02848 WHA<br><br>**ORDER GRANTING STAY** |

    The automatic stay following final judgment in this action expires on August 6. Navigators has filed an *ex parte* application for a temporary stay pending resolution of post-trial motions pursuant to Rule 62(b), which permits such stays "[o]n appropriate terms for the opposing party's security." Navigators attempted, but was unable to obtain a mutually-agreeable stipulation from Doublevision that it would not execute on the judgment pending resolution of Navigators' post-trial motions. Navigators is in the process of securing a supersedeas bond in the amount of $3,420,000, which represents 150% of the amount of the judgment, as security for the judgment pending resolution of post-trial motions and appeal. Navigators asks the Court to

1  approve the amount of the bond as sufficient to secure the judgment, but Navigators has not
2  provided an estimate for when that bond will issue.
3      Good cause shown, Navigators' motion for a temporary stay pending resolution of its
4  Rule 50(b) and Rule 59 motions is **GRANTED**, and the amount of the supersedeas bond is
5  **APPROVED**.  The stay shall remain in effect pending the resolution of any post-trial motions
6  unless Navigators fails to secure and post the bond by **AUGUST 19**.

8      **IT IS SO ORDERED.**

10  Dated:  August 5, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

2