IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc., a California corporation, and Antoinette Hardstone, an individual<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>Defendant. | No. C 14-02848 WHA<br><br>**ORDER GRANTING NAVIGATORS SPECIALTY INSURANCE COMPANY'S APPLICATION FOR APPROVAL OF SUPERSEDEAS BOND** |

Good cause shown, Navigators' application for approval of its supersedeas bond is hereby **GRANTED**. Enforcement of the judgment is hereby **STAYED** pending appeal.

**IT IS SO ORDERED.**

Dated: August 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE