1  RYAN M. LAPINE, ESQ. (Cal. Bar No. 239316)
   *rlapine@rmslaw.com*
2  LUKE D. LIEBERMAN, ESQ. (Cal. Bar No. 284572)
   *llieberman@rmslaw.com*
3  JOSHUA H. HERR, ESQ. (Cal. Bar. No. 301775)
   *jherr@rmslaw.com*
4  ROSENFELD, MEYER & SUSMAN LLP
   232 North Canon Drive
5  Beverly Hills, California 90210-5302
   Telephone: (310) 858-7700
6  Facsimile: (310) 860-2430

7  RANDY M. HESS (SBN 88635)
   *rhess@ahk-law.com*
8  PAMELA A. BOWER (SBN 151701)
   *pbower@ahk-law.com*
9  ADLESON, HESS & KELLY
   A Professional Corporation
10 577 Salmar Avenue, Second Floor
   Campbell, California 95008
11 Telephone: (408) 341-0234
   Facsimile: (408) 341-0250

Attorneys for Plaintiff
13 DOUBLEVISION ENTERTAINMENT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC, a Tennessee limited liability company, as assignee of Commercial Escrow Services, Inc, a California corporation, and Antoinette Hardstone, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY; a New York corporation; THE NAVIGATORS GROUP, INC., a New York corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 3:14-cv-02848-WHA (JCS)<br><br>**DECLARATION OF NICOLE ADAMS-HESS IN SUPPORT OF PLAINTIFF DOUBLEVISION ENTERTAINMENT, LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS IN THE AMOUNT OF $282,672.82 PURSUANT TO FRCP 37(c)(2)** |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

505687.01

DECLARATION OF NICOLE ADAMS-HESS IN SUPPORT OF
DOUBLEVISION'S REPLY IN SUPPORT OF ITS MOTION FOR

**DECLARATION OF NICOLE ADAMS-HESS**

I, NICOLE ADAMS-HESS, ESQ., declare as follows:

1. I am an attorney duly admitted to practice before this Court and am counsel of record for plaintiff Doublevision Entertainment, LLC ("Doublevision"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this Declaration in support of Doublevision Entertainment, LLC's Reply Brief In Support of Its Motion For Sanctions In The Amount Of $282,672.82 Pursuant To FRCP 37(c)(2).

2. As of September 9, 2015, my firm, Adleson, Hess & Kelly, PC has billed a total of 1,143.15 hours representing Doublevision in the above-captioned matter. Attached hereto as Exhibit "A" is a true and correct copy of a billing report reflecting that total.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 9-10-15, at Campbell, California.

_____
NICOLE ADAMS-HESS

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

505687.01

DECLARATION OF NICOLE ADAMS-HESS IN SUPPORT OF DOUBLEVISION'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS-CASE NO. 3:14-cv-02848-WHA (JCS)

# EXHIBIT A

Adleson, Hess & Kelly
Fees Billing Summary
January 9, 2014 to September 9, 2015

Client: Doublevision Entertainment, LLC

Billed Hours: 1143.15

Billed Amount: $469,516.75