IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLEVISION ENTERTAINMENT, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>  Defendant. | No. C 14-02848 WHA<br><br>**REQUEST FOR RESPONSE FROM NAVIGATORS** |

Doublevision has filed a supplemental brief although no supplemental brief was requested. Navigators shall have until **MONDAY, OCTOBER 5 AT NOON** to file a responsive brief **NOT TO EXCEED FIVE PAGES**.

**IT IS SO ORDERED.**

Dated: October 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE